# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:20-CV-140-MOC-DCK

| | |
|---|---|
| LEILA NASSER ASR, individually, and as parent of minor child DM, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | ORDER |
| KAREN EADY-WILLIAMS and MECKLENBURG COUNTY COURTHOUSE, ) ) ) ) ) | |
| Defendants. ) | |

**THIS MATTER IS BEFORE THE COURT** on *pro se* Plaintiff's "Motion to Seal" (Document No. 4) and a letter docketed as a "Motion To Expedite" (Document No. 5), both filed March 17, 2020. These motions have been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motions and the record, the undersigned will <u>deny</u> the motions.

*Pro se* Plaintiff's "Motion to Seal" requests that the Court "seal the minor child's records filed under the above case number." (Document No. 4, p. 1). However, it is unclear what documents Plaintiff is referring to; moreover, Plaintiff's request does not comply with Local Rule 6.1. As such, the undersigned will deny the motion to seal without prejudice. Plaintiff may file a revised motion at a later date. To the extent personal information related to a minor needs to be filed in this matter, the undersigned agrees that it should be redacted or sealed.

Next, the undersigned observes that Plaintiff states that she would like the Court to "speed up the procedure of this lawsuit." (Document No. 5, p. 2). At this time, the undersigned will respectfully decline to make any adjustments to the usual procedures of the Court.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion to Seal" (Document No. 4) is **DENIED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff's "Motion To Expedite" (Document No. 5) is **DENIED WITHOUT PREJUDICE**.

**SO ORDERED**.

Signed: March 30, 2020

David C. Keesler
United States Magistrate Judge