# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO: 3:20-CV-00140-MOC-DCK

| | |
|---|---|
| LEILA NASSER ASR, Individually and as Parent of Minor Child D.M., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) **ORDER** |
| KAREN EADY-WILLIAMS, et al., | )<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER** comes before the Court on Plaintiff's Motions to File by Email and for Extension of Time to Respond to Defendants' Motion to Dismiss. At this time, the Court has not established an email address for filing documents. Even so, the Court will grant Plaintiff an extension to provide her with additional time to determine how to safely file her documents.

## ORDER

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion to File by Email, Doc. No. 11, is **DENIED**. Plaintiff's Motion for Extension of Time to Respond to Defendants' Motion to Dismiss, Doc. No. 11, is **GRANTED**, and Plaintiff shall **until April 30, 2020** to file her response.

Signed: April 15, 2020

Max O. Cogburn Jr.
United States District Judge